IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOOTHE FARMS, INC.; BIG RISK
FARMS INC.; JEFFREY D. BOOTHE;
TERRY BOOTHE; ADAM BOOTHE;
RINEHART FAMILY FARMS II; MM
FAMILY FARMS; and WILLIAM J.
DORE, Individually and on behalf
of all those similarly situated                                              PLAINTIFFS

v.                          No. 3:19-cv-264-DPM

DOW AGROSCIENCES, LLC;
CORTEVA AGRISCIENCE; and
DU PONT DE NEMOURS AND CO.                                  DEFENDANTS

STANLEY JONES; BLACK SPICE
FARMS, INC.; BRITT JONES, INC.;
HOGBACK FARM, INC.; J-CO FARMS;
NORTH 40 FARMS, INC.; S&W FARMS;
SIB FARMS; T&W FARMS; and
SLOUGH FARMS INC., Individually
and on behalf of all those similarly situated                        PLAINTIFFS

v.                          No. 3:21-cv-237-DPM

CORTEVA, INC. and
CORTEVA AGRISCIENCE, LLC                                       DEFENDANTS

## ORDER

Joint stipulations of dismissal, *Doc. 221* in No. 3:19-cv-264-DPM and *Doc. 19* in No. 3:21-cv-237-DPM, much appreciated. Motions, *Doc. 146, 172, 174, 176, 179, 182, 184, 186, 188, 190 & 192* in No. 3:19-cv-264-DPM, denied without prejudice as moot. The amended complaint in No. 3:19-cv-264-DPM and the complaint in No. 3:21-cv-237-DPM will be dismissed with prejudice. The Court will retain jurisdiction for a time to enforce the parties' settlement and resolve the issues about sealed materials in the record. Judgments will issue.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2022