IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STANLEY JONES; BLACK SPICE
FARMS, INC.; BRITT JONES, INC.;
HOGBACK FARM, INC.; J-CO FARMS;
NORTH 40 FARMS, INC.; S&W FARMS;
SIB FARMS; T&W FARMS; and
SLOUGH FARMS INC., Individually
and on behalf of all those similarly situated         PLAINTIFFS

v.                    No. 3:21-cv-237-DPM

CORTEVA, INC. and
CORTEVA AGRISCIENCE, LLC                              DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 30 December 2022 to enforce the parties' settlement agreement and to resolve the issues about sealed materials in the record, including deciding the joint motion, *Doc. 220*, in No. 3:19-cv-264, which remains pending.

_____
D.P. Marshall Jr.
United States District Judge

30 September 2022