IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOOTHE FARMS, INC.; BIG RISK
FARMS INC.; JEFFREY D. BOOTHE;
TERRY BOOTHE; ADAM BOOTHE;
RINEHART FAMILY FARMS II; MM
FAMILY FARMS; and WILLIAM J.
DORE, Individually and on behalf
of all those similarly situated                                         PLAINTIFFS

v.                          No. 3:19-cv-264-DPM

DOW AGROSCIENCES, LLC;
CORTEVA AGRISCIENCE; and
DU PONT DE NEMOURS AND CO.                                              DEFENDANTS

STANLEY JONES; BLACK SPICE
FARMS, INC.; BRITT JONES, INC.;
HOGBACK FARM, INC.; J-CO FARMS;
NORTH 40 FARMS, INC.; S&W FARMS;
SIB FARMS; T&W FARMS; and
SLOUGH FARMS INC., Individually
and on behalf of all those similarly situated                           PLAINTIFFS

v.                          No. 3:21-cv-237-DPM

CORTEVA, INC. and
CORTEVA AGRISCIENCE, LLC                                                DEFENDANTS

ORDER

In anticipation of a document-by-document review to see if sealing was warranted, the Court allowed the parties to file several

motions, related briefs, and many exhibits under seal. The motions were never fully briefed; and the Court never relied upon these sealed filings or ruled on the motions—because the parties settled. The cases have been dismissed with prejudice. No good purpose would be served by requiring review and, where practicable, redaction of all these many documents. Motion, *Doc. 220*, granted as specified. The following filings are withdrawn: *Doc. 173; 173-1; 173-4; 173-10; 173-12; 175; 175-1; 175-2; 175-3; 177; 177-2; 177-3; 177-8; 177-10; 177-11; 177-12; 177-13; 177-15; 177-17; 177-18; 177-19; 177-20; 177-21; 177-22; 177-23; 177-24; 177-26; 180; 181; 181-1; 181-2; 181-3; 181-4; 183; 185; 187; 189; 189-1; 191; 191-1; 193; 193-1; 193-2 & 209*. The Court directs the Clerk to so note on the docket and return the originals to local counsel for the parties.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2022